# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

XYZ Corporation v.

V.

The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified on Schedule A Hereto

CASE NUMBER: 1:24-cv-02939

ASSIGNED JUDGE: Honorable Matthew F. Kennelly

DESIGNATED MAGISTRATE JUDGE: Honorable Beth W. Jantz

TO: (Name and address of Defendant)

The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified on Schedule A Hereto

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Shawn Mangano (IL Bar No. 6299408)
BAYRAMOGLU LAW OFFICES LLC
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973 | Fax: (702) 553-3404
shawnmangano@bayramoglu-legal.com
copyrightR@bayramoglu-legal.com

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Jamie Vicha*

(By) DEPUTY CLERK



May 6, 2024

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | MAY 14, 2024 |
| NAME OF SERVER *(PRINT)* Y. Nandish Wijetilleke | TITLE | Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via electronic mail to the addresses provided by third party e-commerce platform as authorized in the Temporary Restraining Order (ECF 018), including a link to a published website containing the Complaint, Summons, TRO, and other relevant documents at https://blointernetenforcement.com/01807-files

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 15, 2024         /s/ Y. Nandish Wijettilleke
              *Date*                *Signature of Server*
                                    **BAYRAMOGLU LAW OFFICES, LLC**
                                    1540 WEST WARM SPRINGS ROAD, SUITE 100
                                    HENDERSON, NEVADA 89014
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.