**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| XYZ Corporation, | |
| Plaintiff, | Case No. 1:24-CV-02939-MFK-BWJ |
| v. | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO, | **JUDGE MATTHEW F. KENNELLY** |
| Defendants. | |

## DECLARATION OF SERVICE

I, Y. Nandish Wijetilleke, declare as follows:

1.      I am an attorney at law, duly admitted to practice before the United States District Court for the Northern District of Illinois.  I am one of the attorneys for Plaintiff XYZ Corporation ("Plaintiff"). I make this declaration from my matters within my own knowledge unless stated otherwise, and, if called as a witness, I could and would competently testify as follows:

2.      This Court entered an Order permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication and by sending an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website.

3.      I hereby certify that on May 14, 2024, I sent an e-mail containing a copy of the Complaint, TRO, and Summons, to the e-mail addresses associated with accounts at the

DECLARATION OF SERVICE                                    CASE NO. 1:24-CV-02939-MFK-BWJ

Amazon.com marketplace as being related to the defendants identified in Schedule A to the Complaint and in the attached exhibit.

4.      I hereby certify that on or before May 14, 2024, I electronically published the Complaint, TRO, and Summons on a website.

5.      I hereby certify that on May 14, 2024, I sent an e-mail containing a copy of the Complaint, TRO, and Summons, to the e-mail addresses associated with accounts at the Amazon.com marketplace, as being related to the defendants identified in Schedule A to the Complaint and in the attached exhibit, that includes a link to said website.

6.      The completed Return of Service form is submitted herewith.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Executed on May 15, 2024 in McLean, Virginia.

Respectfully Submitted,

By: _/s/ Y. Nandish Wijetilleke_____
Y.  NANDISH WIJETILLEKE, ESQ.