IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XYZ CORPORATION,<br><br>       Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO,<br><br>       Defendants. | CASE NO. 1:24-CV-02939-MFK-BWJ<br><br>**RETURN OF SERVICE<br>LIST OF DEFENDANTS**<br><br>**HONORABLE MATTHEW F. KENNELLY**<br><br>JURY TRIAL DEMANDED |

**SCHEDULE A DEFENDANT SERVICE LIST**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 26 | 51 | 76 | 101 | 126 | 151 |
| 2 | 27 | 52 | 77 | 102 | 127 | 152 |
| 3 | 28 | 53 | 78 | 103 | 128 | 153 |
| 4 | 29 | 54 | 79 | 104 | 129 | 154 |
| 5 | 30 | 55 | 80 | 105 | 130 | 155 |
| 6 | 31 | 56 | 81 | 106 | 131 | 156 |
| 7 | 32 | 57 | 82 | 107 | 132 | 157 |
| 8 | 33 | 58 | 83 | 108 | 133 | 158 |
| 9 | 34 | 59 | 84 | 109 | 134 | 159 |
| 10 | 35 | 60 | 85 | 110 | 135 | 160 |
| 11 | 36 | 61 | 86 | 111 | 136 | 161 |
| 12 | 37 | 62 | 87 | 112 | 137 | 162 |
| 13 | 38 | 63 | 88 | 113 | 138 | 163 |
| 14 | 39 | 64 | 89 | 114 | 139 | 164 |
| 15 | 40 | 65 | 90 | 115 | 140 | 165 |
| 16 | 41 | 66 | 91 | 116 | 141 | 166 |
| 17 | 42 | 67 | 92 | 117 | 142 | 167 |
| 18 | 43 | 68 | 93 | 118 | 143 | 168 |
| 19 | 44 | 69 | 94 | 119 | 144 | 169 |
| 20 | 45 | 70 | 95 | 120 | 145 | 170 |
| 21 | 46 | 71 | 96 | 121 | 146 | 171 |
| 22 | 47 | 72 | 97 | 122 | 147 | 172 |
| 23 | 48 | 73 | 98 | 123 | 148 | 173 |
| 24 | 49 | 74 | 99 | 124 | 149 | 174 |
| 25 | 50 | 75 | 100 | 125 | 150 | 175 |

DATED: May 15, 2024          Respectfully submitted,

**Bayramoglu Law Offices, LLC**

*/s/ Y. Nandish Wijetilleke*
Y. Nandish Wijetilleke, Esq
Nihat Deniz Bayramoglu, Esq.
Gokalp Deniz Bayramoglu, Esq.
540 West Warm Springs Road, Suite 100
Henderson, Nevada 89014
Telephone: 702.462.5973
Facsimile: 702.553.3404
Nandish@bayramoglu-legal.com
Deniz@bayramoglu-legal.com
Gokalp@bayramoglu-legal.com
*Attorneys for Plaintiff*