UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XYZ CORPORATION., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | Civil Action No. 1:24-cv-2939 <br><br> Judge: Hon. Matthew F. Kennelly |

**Defendant's Objection to Plaintiff's Motion for Extension of TRO**

Angerella Fashion, FANDEE, Runwind, Nmoder, JTNFairy, LightlyKiss, TDiooCor, LaiyiVic, Glozeplus, MsavigVice, Sexycherry, SeNight, SxClub, Yiershu, VisiChenup, PaladMom, PerZeal, LalaLin, and Yajedo, collectively Opposing Defendants, by and through their undersigned counsel, hereby submit their opposition to Plaintiff's Motion for Extension of TRO. For the reasons set forth herein, Opposing Defendants respectfully request that the Court denies Plaintiff's request for extension of TRO.

1. **Plaintiff's Inequitable Conducts**

Plaintiff has engaged in inequitable conducts from the beginning of this case and possibly in other cases. Defendants repeatedly asked Plaintiff to provide the supporting documents related to the TRO since Monday 13, 2024 and was told that

"Please clarify whether you are currently in possession of any of the sealed documents filed in this case. Once I have a better understanding of what you are in possession of related to

1

our infringement claims asserted against your clients, I can evaluate what, if anything, additional Plaintiff will agree to provide" Even though Defendants specifically asked for the sealed filings not accessible to the public. Exhibit 1. Plaintiff eventually sent sealed filings via 16 separate emails last Thursday. Plaintiff's withholding of information is made in bad faith knowing that the Court scheduled the preliminary injunction on Monday morning, which left Defendants with 2 business days to review 31 files, many of which were filled with boilerplate languages.

Plaintiff also made misrepresentation to the Court when filing its civil cover sheet. On the civil cover sheet, Plaintiff stated that this case is related to 24-cv-1807. [Dkt. #2]. However, by Plaintiff's own admission, this case is *not* related to 24-cv-1807. See Exhibit 1. Instead, this case is a refiled case of 24-cv-02910. Plaintiff failed to disclose this crucial information because Plaintiff dismissed the 24-cv-2910 case and refiled it as the current case as soon as that case was assigned to Judge Seeger. Plaintiff also admitted that the related 24-cv-02910 case has joinder issue. However, Defendants were unable to have access to the related dismissed case and Plaintiff refused to provide any sealed filings in the related case without reasonable explanation even though the Opposing Defendants have reason to believe that they were also the named defendants in the 2910 case. And the Opposing Defendants also have reason to believe that Plaintiff filed various similar cases in the past against the Opposing Defendants and did "judge shopping" just to obtain the most favorable results. When Plaintiff's case was assigned to certain judges that Plaintiff disfavors, Plaintiff will quickly dismiss the entire case and refile it again. Plaintiff's claim against the Opposing Defendants might have been barred due to multiple voluntary dismissal without prejudice. Since Plaintiff hid this prior history, refused to make disclosure to the Opposing Defendants and this Court, and because these prior filings were filed anonymously and under seal until this Court caught Plaintiff red-handed for not even disclosing

2

its real name in the sealed Complaint, the Opposing Defendants are prejudiced if the Court grants the extension of TRO.

Despite the Court's order made in the public hearing on May 20 that the case needs to proceed without seal anymore, see line 14 on page 10, Exhibit 2, and the despite the Court's unwillingness to extend the TRO, see line 10 on page 10, Exhibit 2, Plaintiff disregarded the Court's Order and continued to filed the *ex partes* Motion to Extend the TRO under seal when approximately 50 defendants filed appearance and had right to know what has been filed. Even though Plaintiff filed this instant motion to extend the TRO on the public docket, it did so when the Court ordered it to do so. [Dkt. 38].

### 2. No Personal Jurisdiction over the Opposing Defendants

Plaintiff fails to show that this Court has either general or specific personal jurisdiction over the Opposing Defendants.

General jurisdiction exists only if a defendant's affiliations with the state are so continuous and systematic as to render it essentially "at home" in the forum state. *Daimler AG v. Bauman,* 571 U.S. 117, 127 (2014). The place of incorporation and principal place of business for a corporation are paradigm bases for general jurisdiction. *Id.* at 137. It is undisputed that the Opposing Defendants are domiciled in China. Therefore, this Court does not have general personal jurisdiction over the Opposing Defendants.

"There are three essential requirements for the exercise of specific jurisdiction over an out-of-state defendant: First, the defendant's contacts with the forum state must show that it purposefully availed itself of the privilege of conducting business in the forum state or purposefully directed its activities at the state." *Curry v. Revolution Labs.,LLC*, 949 F.3d 385, 388 (7th Cir. 2020). "Second, the plaintiff's alleged injury must have arisen out of the defendant's

forum-related activities." *Id*. at 388. "And finally, any exercise of personal jurisdiction must comport with traditional notions of fair play and substantial justice." *Id*. at 388. "Courts consistently have declined to fashion a special jurisdictional test for Internet-based cases." *Id*. at 388. Plaintiff bears the burden of making a prima facie case for personal jurisdiction. *Id*. at 388. Here, Plaintiff fails to provide any prima facie evidence whatsoever supporting specific personal jurisdiction over the Opposing Defendants. All Plaintiff provided is images cropped from Defendants' websites and an url next to the images. Dkt. 12-4. Exhibit 7. See example below:

| Defendant No. | Seller's Name | Copyrighted Photo | Infringer's Photo | Link to Infringing Photo |
|---|---|---|---|---|
| 5 | Disimlarl Aihua.W | | | https://www.amazon.com/dp/B0BVHBDH3F/ref=mweb_up_am_fl_st_na_dr_up_sm_web https://www.amazon.com/Vintage-Gradient-Printed-Mid-Calf-Dresses/dp/B0BVH99VRS?th=1 |
| 6 | ENOPINK | | | https://www.amazon.com/dp/B0CFPS23GC/ref=mweb_up_am_fl_st_na_dr_up_sm_web |
| 7 | FANDEE Fandee Branch Store | | | https://www.amazon.com/dp/B0CLG1BV1R/ref=mweb_up_am_fl_st_na_dr_up_sm_web |

Page 2 of Exhibit 7, Dkt. 12-4

Plaintiff failed to explain how this allegedly infringing evidence can support specific personal jurisdiction over the Opposing Defendants. It does not show how the Opposing Defendants targeted Illinois. It shows no connection between the Opposing Defendants and this forum.

4

Federal Rule 4(k)(2) does not apply because even though the Opposing Defendants admitted that they had transacted with the United States as a whole, they nevertheless consent to the jurisdiction of Northern District of California.

### 3. No Likelihood of Success on the Merits

Plaintiff allegedly have copyrights for hundreds of photographs and alleged that all the Defendants infringed its purported copyrights. Plaintiff failed to provide any original deposits it submitted to the Copyright Office. The Opposing Defendants have reason to believe that Plaintiff's Copyrights are invalid because Plaintiff is not the author for at least some of the photographs. For example, Plaintiff has alleged that DOE 21 MsavigVice's listing identified with the ASIN B09K3QX99R infringed Plaintiff's Copyright VA0002379888. See Page 2 on Exhibit 2. [Dkt. #12-2]. However, DOE 21's image was published on November 5, 2021. Also see Exhibit 3.

**Product details**
Product Dimensions : 7.87 x 5.91 x 0.39 inches; 7.05 ounces
Department : Women
Date First Available : November 5, 2021
ASIN : B09K3QX99R
Best Sellers Rank: #1,716,420 in Clothing, Shoes & Jewelry (See Top 100 in Clothing, Shoes & Jewelry)
  #23,886 in Women's Casual Dresses
Customer Reviews: 4.1 ★★★★☆  ∨   32 ratings

Portion of Exhibit 3 showing first available date of the product.

By Plaintiff's own admission, the VA0002379888 copyright was created in 2022. See Dkt. #18 Page 11. So DOE 21's allegedly infringing work not any predated Plaintiff's year of publication but also predates Plaintiff's year of creation of the copyright. Due to limited time constraint and Plaintiff's refusal to provide the full record of the copyrights, the Opposing Defendants cannot find more evidence rebutting validity of Plaintiff's other copyrights but this

5

strong evidence does suggest that Plaintiff's copyright is invalid at least for VA0002379888. Should this piece of information submitted to the Copyright Office, VA0002379888 would not be approved. The Opposing Defendants have reason to believe that Plaintiff conducted other equitable conduct when applying for copyrights for hundreds of photographs that do not belong to it.

> Case: 1:24-cv-02939 Document #: 18 *SEALED* Filed: 05/06/24 Page 11 of 46 PageID #:996
>
> **EXHIBIT 1: COPYRIGHT REGISTRATIONS**
>
> Registration Record Va0002379888
>
> Rotita3-2022.[Group Registration Of Published Photographs.306 Photographs. 2022-01-04 To 2022-12-29]
> Registration Number / Date:
> **VA0002379888 / 2023-11-12**
> Registration Class:
> **VA**
> Type Of Work:
> **Visual Material**
> Title:
> **Rotita3-2022.[Group registration of published photographs.306 photographs. 2022-01-04 to 2022-12-29]**
> Application Title:
> Date Of Creation:
> **2022**
> Latest Transaction Date And Time:
> **2024-01-23T03:15:31**
> Copyright Claimant: Authorship On Application: Rights And Permissions:
> Record Id:
> **35971306**

Assuming that these Copyrights are valid, Plaintiff still failed to show likelihood of merits on this case. The images below obtained from Exhibit 7 Dkt. # 12-4 show that many of the Opposing Defendants' images are nothing like Plaintiff's allegedly copyrighted images. Just to make it clear, Plaintiff alleged that it is the owner of several groups of photographs. Plaintiff never alleged that it copyrighted any patterns on the clothing.

| | | | | |
|---|---|---|---|---|
| 42 | Angerella<br><br>Angerella Fashion | | | https://www.amazon.com/dp/B0C<br>LNS5NQZ/ref=mweb_up_am_fl_s<br>t_na_ow_up_sm_web<br>https://www.amazon.com/dp/B09<br>KLYCQHD/ref=mweb_up_am_fl_<br>st_na_ow_up_sm_web |
| 166 | Runwind<br><br>Runwind Fashion Clothing | | | https://www.amazon.com/dp/B0C7<br>K9QWCH/ref=mweb_up_am_fl_st<br>_na_dr_up_sm_web |
| 23 | Nmoder | | | https://www.amazon.com/Nmoder-<br>Womens-Bodycon-Cocktail-<br>Dresses/dp/B0CCTHRWHS |
| 160 | Generic<br><br>Glozeplus | | | https://www.amazon.com/dp/B09T<br>ZKFFGC/ref=mweb_up_am_fl_st<br>_na_dr_up_sm_web |
| 32 | sexycherry | | | t_na_dr_up_sm_web<br>https://www.amazon.com/dp/B0B<br>YYM52NZ/ref=mweb_up_am_fl_<br>st_na_un_up_sm_web<br>https://www.amazon.com/dp/B0B<br>YYKZTXZ/ref=mweb_up_am_fl_<br>st_na_un_up_sm_web |

| | | | | |
|---|---|---|---|---|
| | PaladMom | | | https://www.amazon.com/dp/B0C59DC9N3/ref=mweb_up_am_fl_st_na_dr_up_sm_web |
| 162 | LalaLin | | | https://www.amazon.com/dp/B0BTGTMRVK/ref=mweb_up_am_fl_st_na_dr_up_sm_web https://www.amazon.com/dp/B0BHXYBZLT/ref=mweb_up_am_fl_st_na_dr_up_sm_web |

A cursory review of other Defendants' allegedly infringing images also show that other Defendants are not using images similar to Plaintiff's images.

| | | | | |
|---|---|---|---|---|
| 3 | Bttup | | | https://www.amazon.com/dp/B0BRD73P86/ref=mweb_up_am_fl_st_na_dr_up_sm_web |
| 6 | ENOPINK | | | https://www.amazon.com/dp/B0CFPS23GC/ref=mweb_up_am_fl_st_na_dr_up_sm_web |
| 10 | Generic Girls' Club | | | https://www.amazon.com/dp/B0CH9Y5H1Y/ref=mweb_up_am_fl_st_na_dr_up_sm_web |
| 12 | Generic ZTY66 | | | https://www.amazon.com/Athletic-Swimsuits-Swimsuit-Briefs-Printed/dp/B0BYSVK388 |

8

| No. | Name | | | URL |
|---|---|---|---|---|
| 13 | Generic Jerem(✈️7-16 Days Delivery✈️) | | | https://www.amazon.com/Bathing-Waisted-Holiday-Sleeveless-Swimwear/dp/B0C6X9QQZY |
| 15 | hlysgo women clothes clearance sale | | | https://www.amazon.com/-/es/tankini-brasier-acolchado-control-abdomen/dp/B0C44RLBPY?th=1 |
| 16 | HugeNice | | | https://www.amazon.com/dp/B0CQRPNKLD/ref=mweb_up_am_fl_st_na_dr_up_sm_web |
| 18 | LKPJJFRG LKPJJFRG 2024(7-12 day fast delivery) | | | https://www.amazon.com/Pockets-Bodycon-Swimsuit-Shoulder-Bathing/dp/B0C1BQ49VJ |
| 27 | PWFSS iuebc_NHF | | | https://www.amazon.com/PWFSS-One-Piece-Swimsuits-Swimwear-Two-Piece/dp/B0BTPB824T |
| 29 | SAEYZ **Yuanzhouquxug ubaihuodian** | | | https://www.amazon.com/Dresses-Womens-Contrast-Pleated-Hemline/dp/B0CHK83BP9 |
| 63 | SweatyRocks | | | https://www.amazon.com/dp/B0CH9Y3GPQ/ref=mweb_up_am_fl_st_na_ow_up_sm_web https://www.amazon.com/SweatyRocks-Womens-Raglan-Sweatshirt-Pullover/dp/B0CHS2MKPT?source=ps-sl-shoppingads-lpcontext&ref_=fplfs&psc=1&smid=A1VPKORG9334X4 |

| | | | | |
|---|---|---|---|---|
| 82 | Generic Leehonn | | | https://www.amazon.com/Sporty-Strappy-Swimsuit-Bikinis-Athletic/dp/B0C3G5MHLZ?th=1 |
| 85 | KINTAN daidaoshiwei | | | https://www.amazon.com/KINTAN-Womens-T-Shirt-Button-Detail/dp/B0CBJF71BR |
| 87 | MOJICK | | | https://www.amazon.com/dp/B0CMCQCD9C/ref=mweb_up_am_fl_st_na_dr_up_sm_web |
| 88 | PEIMENG Frosred - 【7-20 Days Delivery】 | | | https://www.amazon.com/PEIMENG-Strappy-Swimsuit-Bikinis-Athletic/dp/B0BYNYCPCH |
| 99 | Dademeo Anruioo | | | https://www.amazon.com/dp/B0CJT1P7DT/ref=mweb_up_am_fl_st_na_dr_up_sm_web?th=1 |
| 107 | Generic aokeshenfyy | | | https://www.amazon.com/Womens-Swimsuit-Split-Bikini-Colored/dp/B0C2VR18BT |
| 108 | Generic Lightning Deals of Today-- Yantihe | | | https://www.amazon.com/Dresses-Cruise-Women-Ladies-Elegant/dp/B0BZWFZKNT?th=1 |
| 109 | Generic Febecool | | | https://www.amazon.com/-/zh_TW/summer-dresses-for-women/dp/B0BWN9R28D?th=1 |

10

| | | | | |
|---|---|---|---|---|
| 99 | Dademeo<br><br>Anruioo | | | https://www.amazon.com/dp/B0CJT1P7DT/ref=mweb_up_am_fl_st_na_dr_up_sm_web?th=1 |
| 112 | IbuduSexy | | | https://www.amazon.com/dp/B0CBDLLNS2/ref=mweb_up_am_fl_st_na_dr_up_sm_web |
| 113 | Jesaisque<br><br>Jesaisque(Deals Of The Day Sale Clearance) | | | https://www.amazon.com/dp/B0BZS89CLS/ref=mweb_up_am_fl_st_na_tp_up_sm_web |
| 118 | Mensch<br><br>Mensch ✈5-15 Days Delivery✈ | | | https://www.amazon.com/dp/B0CLQWV3BN/ref=mweb_up_am_fl_st_na_ow_up_sm_web?th=1 |
| 120 | SNKSDGM<br><br>LUOGENLI | | | https://www.amazon.com/dp/B0BQJ5RSN4/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1 |
| 121 | SoeHir | | | https://www.amazon.com/dp/B0CL9TKR8B/ref=mweb_up_am_fl_st_na_ow_up_sm_web?th=1 |
| 122 | Xiloccer<br><br>Xiloccer(7-20 Days Delivery) | | | https://www.amazon.com/dp/B09M81D1VY/ref=mweb_up_am_fl_st_na_un_up_sm_web?th=1 |
| 124 | LoVnely | | | https://www.amazon.com/dp/B083Q1K9DP/ref=mweb_up_am_fl_st_na_tp_up_sm_web |

11

| | | | | |
|---|---|---|---|---|
| 127 | SDOHIG<br><br>SDOHIG lightning deals of today prime | | | https://www.amazon.com/dp/B0CSSBRSLC/ref=mweb_up_am_fl_st_na_dr_up_sm_web |
| 128 | SSBSQ<br><br>lvliangshilishiqusutifuzhuangdian | | | https://www.amazon.com/dp/B09YQ755N2/ref=mweb_up_am_fl_st_na_dr_up_sm_web |
| 129 | BNisBM | | | https://www.amazon.com/dp/B0CQM7KM8S/ref=mweb_up_am_fl_st_na_un_up_sm_web |
| 132 | Greensen<br><br>Theatly | | | https://www.amazon.com/dp/B0CP74623X/ref=mweb_up_am_fl_st_na_tp_up_sm_web<br>https://www.amazon.com/dp/B0CPFXSSXS/ref=mweb_up_am_fl_st_na_tp_up_sm_web |
| 139 | ZOCAVIA<br><br>NANFENGKEJI | | | https://www.amazon.com/dp/B0CRKSY6YM/ref=mweb_up_am_fl_st_na_tp_up_sm_web |
| 140 | ISABUFEI. | | | https://www.amazon.com/Bridesmaid-Dresses-Wedding-Evening-Sleeveless/dp/B09C5VNGZ2<br>https://www.amazon.com/dp/B09C5VR1VT/ref=mweb_up_am_fl_st_na_dr_up_sm_web?th=1 |
| 145 | PROMLINK | | | https://www.amazon.com/PROMLINK-Sequin-Bridesmaid-Mermaid-Evening/dp/B07HG4T87K<br>https://www.amazon.ca/PROMLINK-Sequin-Bridesmaid-Mermaid-Evening/dp/B081DHY2FB |

| | | | | |
|---|---|---|---|---|
| 146 | TUTUESR | | | https://www.amazon.com/TUTUESTHER-Swimsuits-Slimming-Swimdress-Boyshorts/dp/B07Q1ZF415 |
| 148 | Disimlarl<br>Hui.X | | | https://www.amazon.com/Womens-Sleeve-T-Shirt-Casual-Oversize/dp/B0C6THK2HZ |
| 150 | Glkaend<br>Glkaend Shop | | | https://www.amazon.com/dp/B0CRB77QJR/ref=mweb_up_am_fl_st_na_op_up_sm_web?th=1 |
| 151 | KnoInt<br>TraSuts | | | https://www.amazon.com/dp/B0C5RC8PV9/ref=mweb_up_am_fl_st_na_dr_up_sm_web |
| 153 | SheKiss | | | https://www.amazon.com/dp/B0C7PQZ5CD/ref=mweb_up_am_fl_st_na_pt_up_sm_web |
| 155 | 5665<br>XUNRYAN | | | https://www.amazon.com/5665-Swimsuit-Waisted-Swimwear-Beachwear/dp/B09S39YY25?th=1 |
| 156 | ANDBXH<br>Meet at Home | | | https://www.amazon.com/ANDBXH-Swimsuits-Athletic-Tankini-Swimwear/dp/B0C3HJ81KF |
| 160 | Generic<br>Glozeplus | | | https://www.amazon.com/dp/B09TZKFFGC/ref=mweb_up_am_fl_st_na_dr_up_sm_web |
| 169 | SHOPESSA | | | https://www.amazon.ca/Floral-Bathing-Gradient-Bottoms-Swimsuits/dp/B09V2GQRFZ |

13

Accounting for the Opposing Defendants, out of 175 Defendants, 50 Defendants' images are nothing like the ones provided by Plaintiff. Plaintiff filed this Complaint and took advantage of the system in bad faith, obtained the TRO wrongfully against 175 innocent sellers who are most likely competitors that sells similar dresses to Plaintiff.

### 4. Misjoinder of Defendants

For similar reasons, this case should be denied for misjoinder because many of the Defendants do not even use images similar to Plaintiff's copyrighted images. In a recent case Judge Blakey denied entry of TRO because some of the allegedly infringing products do not even appear to include Plaintiff's trademark. See Exhibit 4.

### 5. Failure to State a Claim

The underlying Complaint is also defective. To establish copyright infringement, two elements must be proven: (1) ownership of a valid copyright, and (2) copying of constituent elements of the work that are original. *Design Basics, LLC v. Signature Constr., Inc.*, 994 F.3d 879, 882 (7th Cir. 2021). "Absent copying there can be no infringement of copyright." *Kolody v. Simon Mktg.*, 97 CV 0190, 1998 U.S. Dist. LEXIS 14229, at *1 (N.D. Ill. Sep. 2, 1998). The copying element may be inferred where: (i) the defendant had access to the copyrighted work; *and* (ii) the accused work is substantially similar to the copyrighted work. *Id.* at *1 (emphasis added). Plaintiff failed to allege that Defendants had access to the copyrighted work.

Upon further review of Plaintiff's Complaint, it shows that Plaintiff is suing Defendants for infringing *3-D* artwork embodied in Plaintiff's brand product line, Rotita. [Dkt. # 35 ¶ 1] (emphasis added). Plaintiff alleged that it copyrighted 3-D artwork multiple times throughout the Complaint. [Dkt. # 35 ¶ ¶ 2, 7, 17, 40] while by Plaintiff's own admission, these copyrights are for photographs. [Dkt. # 35-1]. Unless Plaintiff has copyrighted hologram of images, Plaintiff's

14

evidence of copyright registrations in its Exhibit 2 does not support its claim against Defendants for infringement of 3-D artworks.

### 6. Overbroad Asset Freezing Order with Insufficient Bond Posted

Plaintiff wrongfully obtained the TRO and posted merely $5,000 bond against 175 internet competitors, during a busy season of a year where dresses are sold. The Opposing Defendants have been frozen over $1.5 million dollars and this amount is increasing every day, majority of the funds have nothing to do with the alleged infringing products. The Opposing Defendants suffered irreparable harm when many of the listings that have nothing to do with the images are also taken down from Amazon. The Opposing Defendants also have no access to the funds to maintain their daily operations. By wrongfully obtaining the TRO, Plaintiff has already achieved its goal of shutting down competitors' business. By posting only $5,000, the Opposing Defendants have no adequate remedy to seek damages for this wrongfully entered TRO.

### CONCLUSION

In view of the foregoing, the Opposing Defendants respectfully request the Court to deny Plaintiff's request for extension of TRO and dismiss the Complaint. Alternatively, if the Court grants the extension of TRO, the Opposing Defendants respectfully request the Court to require Plaintiff to post $1.5 millions bond or an amount that the Court deems proper.

Date: May 22, 2024                                              Respectfully submitted,

/s/ Shengmao Mu
Shengmao Mu

57 W. 57th Street
New York, New York 10019
Tel: (917) 858-8018
Email: smu@whitewoodlaw.com
*Counsel for Defendants*

15