IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HONG KONG LEYUZHEN TECHNOLOGY CO. LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO,<br><br>Defendants. | Case No.: 1:24-cv-02939-MFK-BWJ<br><br>Honorable Matthew F. Kennelly<br><br>Magistrate Beth W. Jantz |

## MOTION FOR LEAVE TO AMEND SCHEDULE A TO THE COMPLAINT INSTANTER

Pursuant to Fed. R. Civ. P. 15(A)(2) Plaintiff Hong Kong Leyuzhen Technology Co. Limited ("Plaintiff"), files this Motion requesting leave to file an Amended Schedule A to the Complaint, to dismiss the following defendants from this action, who have resolved all underlying claims with Plaintiff:

| Defendant Schedule A Number | Defendant Name |
|:---:|---|
| 8 | Flamingals iPhoenix shop |
| 12 | Generic ZTY66 |
| 13 | Generic Jerem(✈7-16 Days Delivery✈) |
| 15 | hlysgo women clothes clearance sale |
| 24 | Oplxuo |

1

| Defendant Schedule A Number | Defendant Name |
|---|---|
| 35 | UIFLQXX jiekeLongLONG |
| 41 | ZCVBOCZ ZCVBOCZ Lightning Deals of Today Prime |
| 43 | Ausyst |
| 46 | Finelylove Finelylove Online |
| 50 | Generic Konghyp manmaxiaowanzi |
| 52 | SKDOGDT |
| 54 | Generic YinheX sports |
| 55 | HGps8w Cambkatl |
| 59 | OSFVNOXV OSFVNOXV lightning deal |
| 65 | TDYHUAO NAIXIAFR |
| 79 | Generic xinzhanshengd |
| 81 | Generic UYISJ |
| 82 | Generic Leehonn |
| 92 | TANGNADE actorwidely |
| 97 | Angxiwan AMIMOJY |
| 99 | Dademeo Anruioo |
| 103 | FLITAY Glamour Women |
| 110 | GHAKKE fulinshop |
| 116 | LFEOOST oil-LIKIO-US（✈7-14 days delivery) |
| 118 | Mensch Mensch ✈5-15 Days Delivery✈ |
| 127 | SDOHIG SDOHIG lightning deals of today prime |

| Defendant Schedule A Number | Defendant Name |
|---|---|
| 132 | Greensen Theatly |
| 133 | Mnyycxen |
| 145 | PROMLINK |
| 147 | YWEFSJ |
| 154 | Thatrich shenzhenshichuangsanyeke |
| 155 | 5665 XUNRYAN |
| 156 | ANDBXH Meet at Home |
| 157 | EDCRF Gifts for Women---7-15 Days Deliverd |
| 167 | Ruziyoog |
| 169 | SHOPESSA |

Plaintiff specifically requests leave to file an Amended Schedule A that will reflect all remaining Defendants in this action.

DATED: June 15, 2024

Respectfully submitted,

By: /s/ Shawn A. Mangano
Shawn A. Mangano (Bar No. 6299408)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973 Fax: (702) 553-3404
shawnmangano@bayramoglu-legal.com
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. Notice of this filing is provided to unrepresented parties for whom contact information has been provided via email and by posting the filing on a URL contained on our website http://blointernetenforcement.com, and distributed to ecommerce platform, Amazon.

By: */s/ Shawn A. Mangano*
Shawn A. Mangano (Bar No. 6299408)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973 Fax: (702) 553-3404
shawnmangano@bayramoglu-legal.com
*Attorneys for Plaintiff*