Hong Kong Leyuzhen Technology Co. Limited v.
The Partnerships and Unincorporated Associations Identified on Schedule A

## AMENDED Schedule A

| Defendant No. | Seller's Name | Link to Infringing Photo |
|---|---|---|
| | VA0002379888 1-13189565421 | |
| 1 | Beverly Etily | https://www.amazon.com/sp?ie=UTF8&seller=A12HMN9RBHO7D5&asin=B09N2HYBR7&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 2 | BIRW (new photo) | https://www.amazon.com/sp?ie=UTF8&seller=A2Z1F2K3EPHO4V&asin=B0CQQV4NC6&ref_=dp_merchant_link |
| 3 | Bttup | https://www.amazon.com/sp?ie=UTF8&seller=A12Q5M9I186LO2&asin=B0CM2BM39J&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 4 | Dawery | https://www.amazon.com/sp?ie=UTF8&seller=AP46B15WHDSKO&asin=B0CPJ9WPR2&ref_=dp_merchant_link |
| 5 | Disimlarl Aihua.W | https://www.amazon.com/sp?ie=UTF8&seller=A3GY7SDB3JRSJP&asin=B0BVHBLG1C&ref_=dp_merchant_link |
| 6 | ENOPINK | https://www.amazon.com/sp?ie=UTF8&seller=A1QVPV7B4MGORH&asin=B0CFPS23GC&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 7 | FANDEE Fandee Branch Store | https://www.amazon.com/sp?ie=UTF8&seller=A1EJYSF9JPAZ06&asin=B0CLG1BV1R&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| ~~8~~ | ~~Flamingals iPhoenix shop~~ | DISMISSED |
| 9 | Generic OWMNA | https://www.amazon.com/sp?ie=UTF8&seller=A2W2TGOZGCCAID&asin=B0CLX533QF&ref_=dp_merchant_link |
| 10 | Generic Girls' Club | https://www.amazon.com/sp?ie=UTF8&seller=A253CNHTS0PHQM&asin=B0CH9XJHPC&ref_=dp_merchant_link |
| 11 | Generic Goddess Accent✈15-18 Days Delivery✈ | https://www.amazon.com/sp?ie=UTF8&seller=ADKDYVS4OBFRN&asin=B0CNKLWCTW&ref_=dp_merchant_link |
| ~~12~~ | ~~Generic ZTY66~~ | DISMISSED |

Hong Kong Leyuzhen Technology Co. Limited v.
The Partnerships and Unincorporated Associations Identified on Schedule A

## AMENDED Schedule A

| Defendant No. | Seller's Name | Link to Infringing Photo |
|---|---|---|
| ~~13~~ | ~~Generic Jerem(✈ 7-16 Days Delivery✈)~~ | DISMISSED |
| 14 | Generic DGJIUN | https://www.amazon.com/sp?ie=UTF8&seller=A3AIVWDH6QPF37&asin=B0C6WTPZXG&ref_=dp_merchant_link |
| ~~15~~ | ~~hlysgo women clothes clearance sale~~ | DISMISSED |
| 16 | HugeNice | https://www.amazon.com/sp?ie=UTF8&seller=A33LCCVQ65LYQC&asin=B09NZXW6PP&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 17 | LaiyiVic | https://www.amazon.com/sp?ie=UTF8&seller=A8W6GPHZXI613&asin=B09BN2YWGF&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 18 | LKPJJFRG<br><br>LKPJJFRG 2024(7-12 day fast delivery) | https://www.amazon.com/sp?ie=UTF8&seller=ALMZHA3U6IOAP&asin=B0C1BSH5KL&ref_=dp_merchant_link |
| 19 | MACVARIL<br><br>MACVARIL-US | https://www.amazon.com/sp?ie=UTF8&seller=A10QMU8ZINLZ18&asin=B0CSSXPWHX&ref_=dp_merchant_link |
| 20 | MIANCHAOBEI<br><br>HSQIBAOER | https://www.amazon.com/sp?ie=UTF8&seller=AYA4V6KGW7IX9&asin=B0CR6HC7CT&ref_=dp_merchant_link |
| 21 | MsavigVice | https://www.amazon.com/sp?ie=UTF8&seller=A1FSV5VM6E7S2C&asin=B09K3QX99R&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 22 | N\P<br><br>taianxianhongxiufuzhuang dian | https://www.amazon.com/sp?ie=UTF8&seller=A2G8U488GPZJL9&asin=B09YV1MBQ7&ref_=dp_merchant_link |
| 23 | Nmoder | https://www.amazon.com/sp?ie=UTF8&seller=A3IR1NFH8JGQWA&asin=B0CCTJ7RSH&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| ~~24~~ | ~~Oplxuo~~ | DISMISSED |

1

Hong Kong Leyuzhen Technology Co. Limited v.
The Partnerships and Unincorporated Associations Identified on Schedule A

## AMENDED Schedule A

| Defendant No. | Seller's Name | Link to Infringing Photo |
|---|---|---|
| 25 | Oxgmoky | https://www.amazon.com/sp?ie=UTF8&seller=A2VFPW0G0RD8MC&asin=B0CN19HRGZ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 26 | PerZeal | https://www.amazon.com/sp?ie=UTF8&seller=A2V0GGS1757V6A&asin=B0CP214KDS&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 27 | PWFSS<br><br>iuebc_NHF | https://www.amazon.com/sp?ie=UTF8&seller=A6I2HGL4MLB3&isAmazonFulfilled=0&asin=B0BTP9QTT6&ref_=olp_merch_name_1 |
| 28 | Remelon<br><br>Remetina | https://www.amazon.com/sp?ie=UTF8&seller=A1B40DX4YP5LTR&asin=B0BZCDNSR2&ref_=dp_merchant_link |
| 29 | SAEYZ<br><br>Yuanzhouquxugubaihuodian | https://www.amazon.com/sp?ie=UTF8&seller=A10DPCZCIJNSA6&asin=B0CHK83BP9&ref_=dp_merchant_link |
| 30 | SeNight | https://www.amazon.com/sp?ie=UTF8&seller=A1VG2FFJHUNFR9&asin=B0CPDJDWTW&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 31 | Serakura<br><br>Fashion-Serakura | https://www.amazon.com/sp?ie=UTF8&seller=A3TTJ640H5297G&asin=B0CBLZYTBG&ref_=dp_merchant_link |
| 32 | sexycherry | https://www.amazon.com/sp?ie=UTF8&seller=A3NLWIN351W45P&asin=B0CB3XJ2ZY&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 33 | TieBnss | https://www.amazon.com/sp?ie=UTF8&seller=A174G6F7YQMKO9&asin=B0BP7WJZRF&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 34 | TURWXGSO<br><br>2024 Deals Women Shops - TURWXGSO | https://www.amazon.co.uk/sp?ie=UTF8&seller=APS15GVI9GIRT&asin=B0CJY3KRBT&ref_=dp_merchant_link |
| ~~35~~ | ~~UIFLQXX~~<br><br>~~jiekeLongLONG~~ | DISMISSED |
| 36 | Useagrey | https://www.amazon.com/sp?ie=UTF8&seller=A2D3ULWFD2JM3&asin=B0CJXSDBP5&ref_=dp_merchant_link |

Hong Kong Leyuzhen Technology Co. Limited v.
The Partnerships and Unincorporated Associations Identified on Schedule A

## AMENDED Schedule A

| Defendant No. | Seller's Name | Link to Infringing Photo |
|---|---|---|
| 37 | VSERETLOON<br><br>lingliufushijingpindian | https://www.amazon.com/sp?ie=UTF8&seller=A1LOKXJ7HRZE5D&asin=B0CF3L1ZXR&ref_=dp_merchant_link |
| 38 | wjiNFDFG<br><br>JSWSTORE (Fast logistics / 7-14 day delivery) | https://www.amazon.com/sp?ie=UTF8&seller=A22S1QAM7WV971&asin=B0CPHPCXM4&ref_=dp_merchant_link |
| 39 | YEWAYSZ<br><br>Girls' Club | https://www.amazon.com/sp?ie=UTF8&seller=A253CNHTS0PHQM&asin=B0CPSCPRLW&ref_=dp_merchant_link |
| 40 | Yiershu | https://www.amazon.com/sp?ie=UTF8&seller=AWMWRV0TMJ2ZJ&asin=B0CF8LHL7B&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| ~~41~~ | ~~ZCVBOCZ ZCVBOCZ Lightning Deals of Today Prime~~ | DISMISSED |
|  | VA0002379899<br>1-13195071590 | |
| 42 | Angerella<br><br>Angerella Fashion | https://www.amazon.com/sp?ie=UTF8&seller=A37TFKY0PF5Y3Q&asin=B0CLNS96WC&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| ~~43~~ | ~~Ausyst~~ | DISMISSED |
| 44 | Dawery | https://www.amazon.com/sp?ie=UTF8&seller=AP46B15WHDSKO&asin=B0CPHZZSND&ref_=dp_merchant_link |
| 45 | fashsgirl | https://www.amazon.com/sp?ie=UTF8&seller=A3LJ6PHOZK3JJG&asin=B0CRKPBZ7L&ref_=dp_merchant_link |
| ~~46~~ | ~~Finelylove<br>Finelylove Online~~ | DISMISSED |
| 47 | Generic<br>♛StunningQueen♛ | https://www.amazon.com/sp?ie=UTF8&seller=A3T2Z6MZ0UCKAI&asin=B0CNGSHD48&ref_=dp_merchant_link |
| 48 | Generic<br><br>Holiday Deals-7-15 Days Delivery-Ruisiqi Trading | https://www.amazon.com/sp?ie=UTF8&seller=A3QVNYUXAJ45SZ&asin=B0CNR7YK1P&ref_=dp_merchant_link |

Hong Kong Leyuzhen Technology Co. Limited v.
The Partnerships and Unincorporated Associations Identified on Schedule A

AMENDED Schedule A

| Defendant No. | Seller's Name | Link to Infringing Photo |
|---|---|---|
| 49 | Generic<br><br>aojingyibin | https://www.amazon.com/sp?ie=UTF8&seller=A3GTY4B75JXFTO&asin=B0CNCK3P7C&ref_=dp_merchant_link |
| ~~50~~ | ~~Generic~~<br>~~Konghyp~~<br>~~manmaxiaowanzi~~ | DISMISSED |
| 51 | Generic<br><br>Tang jian | https://www.amazon.com/sp?ie=UTF8&seller=A2HFL1FRLGNTT3&asin=B0CPXHW9B7&ref_=dp_merchant_link |
| ~~52~~ | ~~SKDOGDT~~ | DISMISSED |
| 53 | Generic<br><br>HPJKLYTR ✈Lightning Deals of Today✈ | https://www.amazon.com/sp?ie=UTF8&seller=A3TL3GWMHM8N91&asin=B0CKVR5CRM&ref_=dp_merchant_link |
| ~~54~~ | ~~Generic~~<br>~~YinheX sports~~ | DISMISSED |
| ~~55~~ | ~~HGps8w~~<br>~~Cambkatl~~ | DISMISSED |
| 56 | Kenvina | https://www.amazon.com/sp?ie=UTF8&seller=A1LDN9NJK9WOCL&asin=B0CNRB4CDZ&ref_=dp_merchant_link |
| 57 | MABUTINGTI<br><br>MABUTINGTI April Clearance Sale | https://www.amazon.com/sp?ie=UTF8&seller=A19LMMJX86UZKP&asin=B0CP9HX8GP&ref_=dp_merchant_link |
| 58 | Melliflo | https://www.amazon.com/sp?ie=UTF8&seller=A204VZ73JZI3IU&asin=B0CN9CJ7XY&ref_=dp_merchant_link |
| ~~59~~ | ~~OSFVNOXV~~<br>~~OSFVNOXV lightning deal~~ | DISMISSED |
| 60 | PAOOT<br><br>ZXTC | https://www.amazon.com/sp?ie=UTF8&seller=AGVI4AXJ3JUH0&asin=B0CNPNHCLF&ref_=dp_merchant_link |
| 61 | Shulemin<br><br>KoreahighI | https://www.amazon.com/sp?ie=UTF8&seller=A2N46G4IUCH9TU&asin=B0CPPPRB5T&ref_=dp_merchant_link |

Hong Kong Leyuzhen Technology Co. Limited v.
The Partnerships and Unincorporated Associations Identified on Schedule A

## AMENDED Schedule A

| Defendant No. | Seller's Name | Link to Infringing Photo |
|---|---|---|
| 62 | Shusuen<br><br>Tantisy ⭐Easter Day Big Promotion | https://www.amazon.com/sp?ie=UTF8&seller=A2IYQ415MK8JW3&asin=B0CNWVMPZS&ref_=dp_merchant_link |
| 63 | SweatyRocks | https://www.amazon.com/sp?ie=UTF8&seller=A1VPKORG9334X4&asin=B0CNZMNSLK&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 64 | Taymeis women's store | https://www.amazon.com/sp?ie=UTF8&seller=A33072IMML7XRG&isAmazonFulfilled=0&asin=B0CNP6PKM8&ref_=olp_merch_name_1 |
| ~~65~~ | ~~TDYHUAO NAIXIAFR~~ | DISMISSED |
| 66 | TIAFORD<br><br>WantSme | https://www.amazon.com/sp?ie=UTF8&seller=ALDLK9QA3VS7T&asin=B0CPSQZ1DD&ref_=dp_merchant_link |
| 67 | Verdusa | https://www.amazon.ca/sp?ie=UTF8&seller=A101DP2OOKN70B&asin=B0CHJST9X6&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 68 | ZWSPTO<br><br>ZWSPTO-US | https://www.amazon.com/sp?ie=UTF8&seller=A1EL78J9VTSGB9&asin=B0CNSJVPR4&ref_=dp_merchant_link |
| VA0002379907 1-13195130257 | | |
| 69 | DinyIn | https://www.amazon.com/sp?ie=UTF8&seller=A192V8KA3X09GE&asin=B0CF1YH35P&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 70 | AIMITAG<br><br>ANHEUM | https://www.amazon.com/sp?ie=UTF8&seller=A33T33FO0H0XO5&asin=B0C713BGYT&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 71 | Apvirdy<br><br>eFun Fashion | https://www.amazon.com/sp?ie=UTF8&seller=A3GLPC10YSK1ED&asin=B0CNNZS4C9&ref_=dp_merchant_link |
| 72 | BTLYUIOAPE | https://www.amazon.com/sp?ie=UTF8&seller=A3LAUVCBDU5RY0&asin=B0CQV5JV4X&ref_=dp_merchant_link |
| 73 | Chvity<br><br>Vicity Fashion | https://www.amazon.com/stores/Chvity/page/E8F8D83B-5EFA-4D5E-81BC-83079476139B?ref_=ast_bln |

Hong Kong Leyuzhen Technology Co. Limited v.
The Partnerships and Unincorporated Associations Identified on Schedule A

## AMENDED Schedule A

| Defendant No. | Seller's Name | Link to Infringing Photo |
|---|---|---|
| 74 | DORFALNE | https://www.amazon.com/sp?ie=UTF8&seller=A2U67SAAGVFDQZ&asin=B0C8CYZ91K&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 75 | Floerns | https://www.amazon.com/sp?ie=UTF8&seller=APY4FMSX4L6ZK&asin=B0CP1Q4W4K&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 76 | Fronage | https://www.amazon.com/stores/Fronage/page/27AA3FE8-B5E0-4E58-8821-8F3347C0755C?ref_=ast_bln |
| 77 | Generic Yuu Nan | https://www.amazon.com/sp?ie=UTF8&seller=A3YZB1BOG9WFZ&asin=B0BYK4JF83&ref_=dp_merchant_link |
| 78 | Generic GGMYYGS | https://www.amazon.com/sp?ie=UTF8&seller=AUI6MKPG1602F&asin=B0BZPKRPZK&ref_=dp_merchant_link |
| ~~79~~ | ~~Generic xinzhanshengd~~ | DISMISSED |
| 80 | Generic ✈7-14 days deliver-FY Innovation Factory Co. | https://www.amazon.com/sp?ie=UTF8&seller=A3QUADM2MVKRLB&asin=B0C8HVGJPD&ref_=dp_merchant_link |
| ~~81~~ | ~~Generic UYISJ~~ | DISMISSED |
| ~~82~~ | ~~Generic Leehonn~~ | DISMISSED |
| 83 | JTNFairy | https://www.amazon.com/sp?ie=UTF8&seller=A2NMAMDS3PZON3&asin=B0CH9DLLTY&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 84 | JXQXHCFS HuaLinMuHui | https://www.amazon.pl/sp?ie=UTF8&seller=AF2OFZP8QG8QX&asin=B0C6JKF4WK&ref_=dp_merchant_link |
| 85 | KINTAN daidaoshiwei | https://www.amazon.com/sp?ie=UTF8&seller=A2MCF23SJK110U&asin=B0CBJD261Q&ref_=dp_merchant_link |
| 86 | LightlyKiss | https://www.amazon.com/sp?ie=UTF8&seller=A3MVGZ4VGMDXN0&asin=B0CH8GRM22&ref_=dp_merchant_link&isAmazonFulfilled=1 |

Hong Kong Leyuzhen Technology Co. Limited v.
The Partnerships and Unincorporated Associations Identified on Schedule A

## AMENDED Schedule A

| Defendant No. | Seller's Name | Link to Infringing Photo |
|---|---|---|
| 87 | MOJICK | https://www.amazon.com/sp?ie=UTF8&seller=A3LI8RLL84XB8N&asin=B0CMCSSNK9&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 88 | PEIMENG<br><br>Frosred - 【7-20 Days Delivery】 | https://www.amazon.com/sp?ie=UTF8&seller=A1ZX8XWNOV5W0N&asin=B0BYNSW4Q2&ref_=dp_merchant_link |
| 89 | PopulusEuphraticaForest | https://www.amazon.com/sp?ie=UTF8&seller=A8HM054OP2FKS&asin=B0CBTJNG6K&ref_=dp_merchant_link |
| 90 | Rooscier | https://www.amazon.com/sp?ie=UTF8&seller=A2GOWZ9YEKDOYD&asin=B0CNW5L8X6&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 91 | SxClub | https://www.amazon.com/sp?ie=UTF8&seller=A3KIBA8IARH7I8&asin=B0CH7W5WJQ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| ~~92~~ | ~~TANGNADE actorwidely~~ | DISMISSED |
| 93 | VisiChenup | https://www.amazon.com/sp?ie=UTF8&seller=A2YOCBRYTTNUE2&asin=B0CH4LFRVT&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| VA0002379911 1-13195130451 | | |
| 94 | Adhdyuud<br><br>Jiuling W | https://www.amazon.com/sp?ie=UTF8&seller=A3V9Y39OO1AU4F&asin=B0C892VX6W&ref_=dp_merchant_link |
| 95 | ADHOWBEW<br><br>ADHOWBEW 70%off Online | https://www.amazon.com/sp?ie=UTF8&seller=AN9E4UF9ZPY6M&asin=B0BNQP7NMW&ref_=dp_merchant_link |
| 96 | ALLANDWELL | https://www.amazon.com/sp?ie=UTF8&seller=A1JWTHHQ3GIXEU&asin=B0936KDJVJ&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| ~~97~~ | ~~Angxiwan AMIMOJY~~ | DISMISSED |
| 98 | Cocoinsity | https://www.amazon.com/sp?ie=UTF8&seller=A1XP0BFNDA5DF7&asin=B099ML8PY4&ref_=dp_merchant_linkcoinsity |

Hong Kong Leyuzhen Technology Co. Limited v.
The Partnerships and Unincorporated Associations Identified on Schedule A

AMENDED Schedule A

| Defendant No. | Seller's Name | Link to Infringing Photo |
|---|---|---|
| ~~99~~ | ~~Dademeo~~ ~~Anruioo~~ | DISMISSED |
| 100 | DBFBDTU Shunliang | https://www.amazon.com/sp?ie=UTF8&seller=AQ5MNQ3ONEJF8&asin=B0C8TMK6LN&ref_=dp_merchant_link |
| 101 | DIOB huanxingkuajing | https://www.amazon.com/sp?ie=UTF8&seller=A3JQEG5JKQHGS2&asin=B0BXDKDV9P&ref_=dp_merchant_link |
| 102 | Firecolor | https://www.amazon.com/sp?ie=UTF8&seller=AZWJDGZT6VHTI&asin=B08396DQWX&ref_=dp_merchant_link |
| ~~103~~ | ~~FLITAY~~ ~~Glamour Women~~ | DISMISSED |
| 104 | FQZWONG Shop holiday deals--FQZWONG | https://www.amazon.com/sp?ie=UTF8&seller=A3OEZ7AFLW78TX&asin=B0BXB9ZSY1&ref_=dp_merchant_link |
| 105 | Generic hjgjhgf | https://www.amazon.com/sp?ie=UTF8&seller=AL9VGMJEVV2M4&asin=B0BZ7GM7FM&ref_=dp_merchant_link |
| 106 | Generic CTXXUN | https://www.amazon.com/sp?ie=UTF8&seller=A83YNPFGZWGKV&isAmazonFulfilled=0&asin=B0BZTQGL6K&ref_=olp_merch_name_1 |
| 107 | Generic aokeshenfyy | https://www.amazon.com/sp?ie=UTF8&seller=A3VZ7RPED8JPAF&asin=B0C2VSWCDK&ref_=dp_merchant_link |
| 108 | Generic Lightning Deals of Today--Yantihe | https://www.amazon.com/sp?ie=UTF8&seller=AUVZ28K454Y9O&asin=B0BZWFQ5ND&ref_=dp_merchant_link |
| 109 | Generic Febecool | https://www.amazon.com/sp?ie=UTF8&seller=A32X6FOWLNLMBK&asin=B0BWNBX4NZ&ref_=dp_merchant_link |
| ~~110~~ | ~~GHAKKE~~ ~~fulinshop~~ | DISMISSED |
| 111 | GisTeq haoruipengmaoyiyouxian | https://www.amazon.com/sp?ie=UTF8&seller=ABPDXU5RLKER3&asin=B0CLHQYQ9V&ref_=dp_merchant_link |

Hong Kong Leyuzhen Technology Co. Limited v.
The Partnerships and Unincorporated Associations Identified on Schedule A

## AMENDED Schedule A

| Defendant No. | Seller's Name | Link to Infringing Photo |
|---|---|---|
| 112 | IbuduSexy | https://www.amazon.com/sp?ie=UTF8&seller=A1856U6J8MHWFG&asin=B0CBDLZJB4&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 113 | Jesaisque<br><br>Jesaisque(Deals Of The Day Sale Clearance) | https://www.amazon.com/sp?ie=UTF8&seller=A1FAO2PXSRY6OZ&asin=B0BZSBG4M7&ref_=dp_merchant_link |
| 114 | JJSUnS<br><br>SPRINGFUN | https://www.amazon.com/sp?ie=UTF8&seller=A38LFRXMBM8NM5&asin=B09KH9L7FP&ref_=dp_merchant_link |
| 115 | Icyhony<br><br>lcyhony 2023 Black Friday Deals-7-20 Days Delivery | https://www.amazon.com/sp?ie=UTF8&seller=A2BXG55JYQUGX8&asin=B0BMP9CHXY&ref_=dp_merchant_link |
| ~~116~~ | ~~LFEOOST~~<br><br>~~oil LIKIO US (✈ 7-14 days delivery)~~ | DISMISSED |
| 117 | LOMDEM<br><br>fantasone | https://www.amazon.com/sp?ie=UTF8&seller=A1NMJHZUHYG5PN&asin=B0BW8TCZP6&ref_=dp_merchant_link |
| ~~118~~ | ~~Mensch~~<br><br>~~Mensch ✈ 5-15 Days Delivery✈~~ | DISMISSED |
| 119 | QWEP<br><br>kabuka | https://www.amazon.com/sp?ie=UTF8&seller=A3LI51WKIBGKHI&asin=B096VFTFN3&ref_=dp_merchant_link |
| 120 | SNKSDGM<br><br>LUOGENLI | https://www.amazon.com/sp?ie=UTF8&seller=A30P35YE6H4F9R&asin=B0BQJ8DPG9&ref_=dp_merchant_link |
| 121 | SoeHir | https://www.amazon.com/sp?ie=UTF8&seller=A3L18V4UCFMS74&asin=B0CQR5CTG5&ref_=dp_merchant_link |
| 122 | Xiloccer<br><br>Xiloccer(7-20 Days Delivery) | https://www.amazon.com/sp?ie=UTF8&seller=A2BIOOMCOVOSB2&asin=B09M81D1VY&ref_=dp_merchant_link |
| VA0002380492<br>1-13211027971 | | |

Hong Kong Leyuzhen Technology Co. Limited v.
The Partnerships and Unincorporated Associations Identified on Schedule A

## AMENDED Schedule A

| Defendant No. | Seller's Name | Link to Infringing Photo |
|---|---|---|
| 123 | AANIRA<br><br>qi chun xian yuan ping fu zhuang xiao shou dian | https://www.amazon.com/sp?ie=UTF8&seller=A265FSZAI0P1XA&asin=B0C3YQGTBT&ref_=dp_merchant_link |
| 124 | LoVnely | https://www.amazon.com/sp?ie=UTF8&seller=A2RPFVFEAHIAQ8&asin=B0BRJF2DJS&ref_=dp_merchant_link |
| 125 | MilaBrown<br><br>Shengzhan | https://www.amazon.com/sp?ie=UTF8&seller=A2Z57WNUE341C5&asin=B09L4Y72SJ&ref_=dp_merchant_link |
| 126 | PragueCourtney<br><br>NOYESTERDAY | https://www.amazon.com/sp?ie=UTF8&seller=A13VMX1BTMSO69&asin=B0B6RSPJTB&ref_=dp_merchant_link |
| ~~127~~ | ~~SDOHIG~~<br>~~SDOHIG lightning deals of today prime~~ | DISMISSED |
| 128 | SSBSQ<br><br>lvliangshilishiqusutifuzhuangdian | https://www.amazon.com/sp?ie=UTF8&seller=A2ESIFM7Z3G9FQ&asin=B09YQ4MF6Q&ref_=dp_merchant_link |
| VA0002379897 1-13194964937 | | |
| 129 | BNisBM | https://www.amazon.com/sp?ie=UTF8&seller=A1HO5OVJEBIIEJ&asin=B0CQM4GNLY&ref_=dp_merchant_link |
| 130 | CRITOR | https://www.amazon.com/sp?ie=UTF8&seller=A15EOTZXANZK88&isAmazonFulfilled=0&asin=B0CN8J8B49&ref_=olp_merch_name_1 |
| 131 | FATFY<br><br>Cuccu- | https://www.amazon.com/sp?ie=UTF8&seller=A2QBD7N543LVJL&asin=B0CQHQVFDR&ref_=dp_merchant_link |
| ~~132~~ | ~~Greensen~~<br>~~Theatly~~ | DISMISSED |
| ~~133~~ | ~~Mnyycxen~~ | DISMISSED |
| 134 | PLENTOP<br><br>MIKINGTOP | https://www.amazon.com/sp?ie=UTF8&seller=A1MGVBWLGTUMET&isAmazonFulfilled=0&asin=B0CPSRXYD6&ref_=olp_merch_name_1 |

Hong Kong Leyuzhen Technology Co. Limited v.
The Partnerships and Unincorporated Associations Identified on Schedule A

## AMENDED Schedule A

| Defendant No. | Seller's Name | Link to Infringing Photo |
|---|---|---|
| 135 | ranrann<br><br>ranrany | https://www.amazon.com/sp?ie=UTF8&seller=A33O3V4MMTD8MP&asin=B0CLRY8PLX&ref_=dp_merchant_link |
| 136 | TDiooCor | https://www.amazon.com/sp?ie=UTF8&seller=A3QVYLMNMAQLND&asin=B0CH7Q4X91&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 137 | XIBANY<br><br>luoyangshichanhehuizuquwangxibaihuodian | https://www.amazon.ca/sp?ie=UTF8&seller=A2BOCHOKC6T1E7&isAmazonFulfilled=0&asin=B0CJDWSCSR&ref_=olp_merch_name_1 |
| 138 | Ynghtd<br><br>GOINGJIN | https://www.amazon.com/sp?ie=UTF8&seller=A21SJHRV794DD7&asin=B0CQX8CTKM&ref_=dp_merchant_link |
| 139 | ZOCAVIA<br><br>NANFENGKEJI | https://www.amazon.com/stores/ZOCAVIA/page/CF7EC721-F589-4938-8643-113D653275EB?ref_=ast_bln |
| VA0002379904<br>1-13195130345 | | |
| 140 | ISABUFEI. | https://www.amazon.com/sp?ie=UTF8&seller=A1HBZRML7UCXQE&isAmazonFulfilled=0&asin=B09C5VR1VW&ref_=olp_merch_name_1 |
| 141 | cdar<br><br>shenkeilefei | https://www.amazon.com/sp?ie=UTF8&seller=A18MX54BTDGMP&asin=B09S5Z4VJ5&ref_=dp_merchant_link |
| 142 | Disimlarl<br><br>Chengjianz | https://www.amazon.com/sp?ie=UTF8&seller=A1YRONJG0IB9UE&asin=B0CSSPDGRL&ref_=dp_merchant_link |
| 143 | huigogo<br><br>taiaaanxianhongxiuchaoliufu | https://www.amazon.com/sp?ie=UTF8&seller=AGPSRZFBF66BR&asin=B0BH7SRNZK&ref_=dp_merchant_link |
| 144 | Olinase<br><br>Xie Jupin | https://www.amazon.com/sp?ie=UTF8&seller=A1S06OM0DJC7CT&asin=B07T4N6NW9&ref_=dp_merchant_link |
| ~~145~~ | ~~PROMLINK~~ | DISMISSED |

Hong Kong Leyuzhen Technology Co. Limited v.
The Partnerships and Unincorporated Associations Identified on Schedule A

AMENDED Schedule A

| Defendant No. | Seller's Name | Link to Infringing Photo |
|---|---|---|
| 146 | TUTUESR | https://www.amazon.com/sp?ie=UTF8&seller=A23I31CZS7LQCX&asin=B07NWS9CXK&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| ~~147~~ | ~~YWEFSJ~~ | DISMISSED |
|  | VA0002379930 1-13317532121 | |
| 148 | Disimlarl Hui.X | https://www.amazon.com/sp?ie=UTF8&seller=AJ4NA9JXG94JC&isAmazonFulfilled=0&asin=B0C6TCYYVT&ref_=olp_merch_name_1 |
| 149 | Geleglaer HuHuiYa | https://www.amazon.com/sp?ie=UTF8&seller=AG5EYRG0GAOAV&asin=B0C8NYZJTP&ref_=dp_merchant_link |
| 150 | Glkaend Glkaend Shop | https://www.amazon.com/stores/Glkaenddenimjeansclothing/page/C2B9520B-0605-4EF3-B66E-5C47D9F1E1D9?ref_=ast_bln |
| 151 | KnoInt TraSuts | https://www.amazon.com/sp?ie=UTF8&seller=A3FF6NU8D24UEY&asin=B0C5RCV29G&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 152 | Mopatiper | https://www.amazon.com/sp?ie=UTF8&seller=A2QZLSTQ0V2JHJ&asin=B0C2YN2VHB&ref_=dp_merchant_link |
| 153 | SheKiss | https://www.amazon.com/sp?ie=UTF8&seller=A1T05S3V2MZNW1&asin=B0C7PQZ5CD&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| ~~154~~ | ~~Thatrich shenzhenshichuangsanyeke~~ | DISMISSED |
| | VA0002379893 1-13194964881 | |
| ~~155~~ | ~~5665 XUNRYAN~~ | DISMISSED |
| ~~156~~ | ~~ANDBXH Meet at Home~~ | DISMISSED |
| ~~157~~ | ~~EDCRF Gifts for Women---7-15 Days Deliverd~~ | DISMISSED |

12

Hong Kong Leyuzhen Technology Co. Limited v.
The Partnerships and Unincorporated Associations Identified on Schedule A

## AMENDED Schedule A

| Defendant No. | Seller's Name | Link to Infringing Photo |
|---|---|---|
| 158 | ELODEK ZunHuaShiHuaMingLuXia | https://www.amazon.com/sp?ie=UTF8&seller=A1WAJKUI8O9Y21&asin=B0CQTM4297&ref_=dp_merchant_link |
| 159 | Generic Best Seller of Womens Pants | https://www.amazon.com/sp?ie=UTF8&seller=AX8T6AXX9PVC7&asin=B0C9QBRPKB&ref_=dp_merchant_link |
| 160 | Generic Glozeplus | https://www.amazon.com/sp?ie=UTF8&seller=A2GLF86WHN3Y80&asin=B09H3VKR6S&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 161 | JiaHeShiXing ZhuZhongShi | https://www.amazon.com/sp?ie=UTF8&seller=A1FVIPYYZX47J0&asin=B0CR6KXMPX&ref_=dp_merchant_link |
| 162 | LalaLin | https://www.amazon.com/sp?ie=UTF8&seller=A183295JQ6L5VE&asin=B0BPKF9R4F&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 163 | Linjianvhai NIANXIETAP | https://www.amazon.com/sp?ie=UTF8&seller=A36TC0NGYIYD4Z&asin=B09VP5NS7J&ref_=dp_merchant_link |
| 164 | Oudemi Danswin | https://www.amazon.com/sp?ie=UTF8&seller=A1SV2HCRGTNI7J&asin=B0BMGN6FS9&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 165 | Ruereuu Yaowang.T | https://www.amazon.com/sp?ie=UTF8&seller=A3OQAGU8W6Q353&asin=B0BPCLQ9WD&ref_=dp_merchant_link |
| 166 | Runwind Runwind Fashion Clothing | https://www.amazon.com/sp?ie=UTF8&seller=A22BX9TLZJO5TB&asin=B0C7KBHLN3&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| ~~167~~ | ~~Ruziyoog~~ | DISMISSED |
| 168 | SCOMIN taiandejukejiyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A1HEYD2UQ1IPTL&asin=B0BR2237S8&ref_=dp_merchant_link |
| ~~169~~ | ~~SHOPESSA~~ | DISMISSED |

Hong Kong Leyuzhen Technology Co. Limited v.
The Partnerships and Unincorporated Associations Identified on Schedule A

## AMENDED Schedule A

| Defendant No. | Seller's Name | Link to Infringing Photo |
|---|---|---|
| 170 | Znidweer<br><br>Menglo | https://www.amazon.com/sp?ie=UTF8&seller=A74PYV8R5ENZ0&asin=B0B24LJ9GV&ref_=dp_merchant_link |
| VA0002380491<br>1-13211028482 | | |
| 171 | Akivide<br><br>idcjny | https://www.amazon.com/sp?ie=UTF8&seller=A1YJC3DNY4FSIN&asin=B09SLQKLWZ&ref_=dp_merchant_link |
| 172 | PaladMom | https://www.amazon.com/sp?ie=UTF8&seller=A3HG8U0ST1MM3H&asin=B0C596SM6P&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 173 | RYGEFNY<br><br>YTOS | https://www.amazon.com/sp?ie=UTF8&seller=ACCIUCB9Y8ETB&asin=B09C7925G4&ref_=dp_merchant_link |
| 174 | Yajedo | https://www.amazon.com/sp?ie=UTF8&seller=A1UIMIRPXFI0Q1&asin=B0C7CB6KDK&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 175 | ZonJie | https://www.amazon.com/sp?ie=UTF8&seller=A7MES8ZDPMT86&asin=B0C5C5RMS3&ref_=dp_merchant_link&isAmazonFulfilled=1 |