# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HONG KONG LEYUZHEN
TECHNOLOGY CO., LTD,

    Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE "A"
HERETO,

    Defendants.

Case No. 1:24-cv-02939

Honorable Matthew F. Kennelly

## DECLARATION OF ZHOU HONGYI

I, Zhou Hongyi, located at Panyu District,Guangzhou City, China, hereby declare under penalty of perjury as follows:

1. My name is Zhou Hongyi. I am over the age of eighteen (18) years and am competent to make this Declaration and have personal knowledge of the facts stated in this Declaration.

2. I am a photographer and work for Guangzhou Jingyi Advertising Co., Ltd. located at Zhongcun Street, Panyu District, Guangzhou, China (the "Photography Business"). Part of my job involves taking photographs of models wearing clothing products supplied by clothing suppliers. These clothing suppliers hire the Photography Business to take such photographs for them. These clothing suppliers supply clothing products to online stores and provide such photographs to these stores so that the stores can display the photographs in connection with the stores' listings of the clothing products for sale.

122808.000130 4861-1507-3476.1         1

3.      I was the photographer of the following three (3) photographs that were provided to a clothing supplier who hired the Photography Business:



Photograph 1



Photograph 2



Photograph 3

These are true and correct copies of the original photographs that I took. I did not acquire or copy the original photographs from anyone else. The Photography Business did not assign, license, or otherwise authorize use of these photographs to Hong Kong Leyuzhen Technology

2

Co., LTD. Based on the Photography Business' business records, the file properties for the originals of Photographs 1, 2 and 3, and/or my recollection, Photograph 1 was taken by me on July 28, 2023, Photograph 2 was taken by me on August 1, 2023, and Photograph 3 was taken by me on August 3, 2023.

I declare under penalty of perjury under the laws of the United States, that the foregoing statements are true and correct.

Dated: June 3, 2024

Zhou Hongyi

Zhou Hongyi

3