# Exhibit B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| HONG KONG LEYUZHEN TECHNOLOGY CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO, <br><br> Defendants. | Case No. 1:24-cv-02939 <br><br> Honorable Matthew F. Kennelly |

### DECLARATION OF XU YUJIE

I, Xu Yujie, located at Panyu District, Guangzhou City, China, hereby declare under penalty of perjury as follows:

1.      My name is Xu Yujie. I am over the age of eighteen (18) years and am competent to make this Declaration and have personal knowledge of the facts stated in this Declaration.

2.      I am a photographer and work for Guangzhou Zihe Culture Media Co., Ltd. located at Dashi Street, Panyu District, Guangzhou, China (the "Photography Business"). Part of my job involves taking photographs of models wearing clothing products supplied by clothing suppliers. These clothing suppliers hire the Photography Business to take such photographs for them. These clothing suppliers supply clothing products to online stores and provide such photographs to these stores so that the stores can display the photographs in connection with the stores' listings of the clothing products for sale.

3. I was the photographer of the following photograph that was provided to a clothing supplier who hired the Photography Business:



Photograph 1

These is a true and correct copy of the original photograph that I took. I did not acquire or copy the original photograph from anyone else. The Photography Business did not assign, license, or otherwise authorize use of this photograph to Hong Kong Leyuzhen Technology Co., LTD. Based on the Photography Business' business records, the file properties for the original of Photograph 1 and/or my recollection, Photograph 1 was taken by me on October 10, 2022

I declare under penalty of perjury under the laws of the United States, that the foregoing statements are true and correct.

Dated: June 11, 2024

Xu Yujie

Xu Yujie