# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HONG KONG LEYUZHEN TECHNOLOGY CO. LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO,<br><br>Defendants. | **Case No.: 1:24-cv-02939-MFK-BWJ**<br><br>**Honorable Matthew F. Kennelly**<br><br>**Magistrate Beth W. Jantz** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL ONLY AS TO DEFENDANT NUMBERS 4, 6, 20, 28, 44, 70, 74, 88, 138 WITH PREJUDICE

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Hong Kong Leyuzhen Technology Co. Limited, voluntarily dismisses *only* Defendants; number 4 Dawery, number 6 ENOPINK, number 20 MIANCHAOBEI HSQIBAOER, number 28 Remelon Remetina, number 44 Dawery, number 70 AIMITAG ANHEUM, number 74 DORFALNE, number 88 PEIMENG Frosred - 【7-20 Days Delivery】, number 138 as listed on Schedule "A" to the Complaint with prejudice.

DATED: July 1, 2024

Respectfully submitted,

By: */s/ Shawn A. Mangano*
Shawn A. Mangano (Bar No. 6299408)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973 Fax: (702) 553-3404
shawnmangano@bayramoglu-legal.com

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. Notice of this filing is provided to unrepresented parties for whom contact information has been provided via email and by posting the filing on a URL contained on our website http://blointernetenforcement.com, and distributed to ecommerce platform, Amazon.

By: */s/ Shawn A. Mangano*
Shawn A. Mangano (Bar No. 6299408)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973 Fax: (702) 553-3404
shawnmangano@bayramoglu-legal.com
*Attorneys for Plaintiff*