**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HONG KONG LEYUZHEN TECHNOLOGY CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO, <br><br> Defendants. | Case No. 1:24-cv-02939 <br><br> **Honorable Matthew F. Kennelly** |

**UNOPPOSED MOTION BY DEFENDANTS FLOERNS, VERDUSA, AND
SWEATYROCKS FOR EXTENSION OF TIME REGARDING
MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO 17 U.S.C. § 505 AND
15 U.S.C. § 1117(a) AND MOTION FOR DAMAGES FOR WRONGFUL RESTRAINT**

Defendants Floerns, Verdusa, SweatyRocks (the "Defendants"), by and through their

counsel, respectfully submit this motion seeking a two-week extension for Defendants' reply

brief in support of their Motion for Attorney's Fees and Costs Pursuant to 17 U.S.C. § 505 and

15 U.S.C. § 1117(a) and Motion for Damages for Wrongful Restraint (Dkt. 184), and state as

follows:

1. Defendants filed their Motion for Attorney's Fees and Costs Pursuant to 17 U.S.C.

§ 505 and 15 U.S.C. § 1117(a) and Motion for Damages for Wrongful Restraint (Dkt. 184;

"Motion for Attorney's Fees") on October 14, 2025.  On October 22, 2025, the Court issued an

Order stating, "[t]he motion for attorneys' fees [184] is entered and continued pending

consideration of the plaintiff's motion to reconsider [185]."  (Dkt. 186).  Following denial of

Plaintiff's Motion for Reconsideration, the Court directed (1) Plaintiff to file its response to

Defendants' Motion for Attorney's Fees by January 26, 2026 and (2) Defendants to file their reply to the response by February 9, 2026. (Dkt. 193). Plaintiff filed its response to the Motion for Attorneys' Fees on January 26, 2026. (Dkt. 194).

2. Defendants request that the deadline for their reply in support of their Motion for Attorneys' Fees be extended by two-weeks.

3. Counsel for Plaintiff does not oppose the Defendants' requested two-week extension.

3. Good cause exists for the Defendants' requested extension because the parties are making significant progress towards settlement of this case and require additional time to reach any settlement in principle. Furthermore, good cause exists because Plaintiff and Defendant Floerns are making significant progress towards settlement of this case concurrently with settlement of *Hong Kong Yu'en E-Commerce, Inc., v. The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule "A" Hereto*, C.A. No. 1:25-cv-12132-MFK (N.D. Ill.) (Kennelly, J.) in which Floerns is also named as a defendant.

4. Defendants do not believe that Plaintiff will be prejudiced by this short extension. Therefore, Defendants respectfully request that the Court grant them an extension until March 2, 2026 to file their reply in support of Defendants' Motion for Attorney's Fees.

2

Respectfully submitted,

Date: February 4, 2026

*/s/ Michael P. Adams*
Michael P. Adams
**DYKEMA GOSSETT, PLLC**
111 Congress Avenue, Suite 1800
Austin, Texas 78701
Tel: (512) 703-6300
Fax: (512) 703-6399
Email: madams@dykema.com
Attorneys for Defendants Floerns, Verdusa,
and SweatyRocks

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 4, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to such filing to all counsel of record via email.

By:  *Michael P. Adams*
     Michael P. Adams

4921-2891-8925.1

3