**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HONG KONG LEYUZHEN TECHNOLOGY CO., LTD, <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO, <br><br> Defendants. | Case No. 1:24-cv-02939 <br><br> **Honorable Matthew F. Kennelly** |

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND
REQUEST FOR SUSPENSION OF CURRENT SCHEDULE**

Plaintiff Hong Kong Leyuzhen Technology Co., Ltd ("Plaintiff") and Defendants

Floerns, Verdusa, SweatyRocks (collectively, "Defendants"; with Plaintiff, "Parties")

respectfully notify the Court that this action has been settled in principle.

In addition, Plaintiff and Defendant Floerns have agreed in principle to settle this case

concurrently with *Hong Kong Yu'en E-Commerce, Inc., v. The Individuals, Corporations,*

*Limited Liability Companies, Partnerships and Unincorporated Associations Identified in*

*Schedule "A" Hereto*, C.A. No. 1:25-cv-12132-MFK (N.D. Ill.) (Kennelly, J.), in which Floerns

is also named as a defendant.

The Parties are in the process of preparing the formal settlement agreements and will,

thereafter, require additional time to complete their settlement obligations.  The Parties anticipate

that it will take approximately 30 days to complete the settlements such that all claims can be

dismissed with prejudice.  Accordingly, the Parties, by and through their respective counsel, respectfully request the Court to suspend all deadlines for 30 days.

Respectfully submitted,

Date: February 19, 2026

/s/ Gokalp Bayramoglu
Gokalp Bayramoglu (Nevada Bar No. 15500)
Katherine M. Kuhn (Bar No. 6331405)
Joseph W. Droter (Bar No. 6329630)
**BAYRAMOGLU LAW OFFICES LLC**
233 S. Wacker Drive, 44th Floor, #57
Chicago, IL 60606
Tel: (702) 462-5973
Fax: (702) 553-3404
gokalp@bayramoglu-legal.com
*Attorneys for Plaintiff*

/s/ Michael P. Adams
Michael P. Adams
**DYKEMA GOSSETT, PLLC**
111 Congress Avenue, Suite 1800
Austin, Texas 78701
Tel: (512) 703-6300
Fax: (512) 703-6399
Email: madams@dykema.com
*Attorneys for Defendants Floerns, Verdusa, and SweatyRocks*

## CERTIFICATE OF SERVICE

I certify that on February 19, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to such filing to all counsel of record via email.

By:     /s/ Michael P. Adams
        Michael P. Adams

122808.000130  4918-8822-0560.2

2