**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HONG KONG LEYUZHEN TECHNOLOGY CO. LIMITED, | **Case No.: 1:24-cv-02939-MFK** |
| Plaintiff, | |
| v. | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO, | **Honorable Matthew F. Kennelly** **Magistrate Beth W. Jantz** |
| Defendants. | |

## JOINT STATUS REPORT IN COMPLIANCE WITH DOCKET NO. 198

The Court's February 20, 2026, Docket Entry directed Plaintiff Hong Kong Leyuzhen Technology, Co. Limited ("Plaintiff") and Defendants Floerns, Verdusa, SweatyRocks (collectively "Defendants"; with Plaintiff, "Parties") to file a joint status report describing in detail the Parties' progress in completing their settlement. [Dkt. No. 198]. The Parties respectfully submit the following Status Report in compliance with the Court's directive, and states as follows:

**Progress in Completing Settlement**:  On March 6, 2026, Plaintiff provided Defendant with the proposed written settlement agreement. Plaintiff followed up with Defendant regarding the agreement on March 11, 2026. Defendant provided their redlines and proposed changes to Plaintiff on March 12, 2026. Plaintiff provided their proposed additional revisions on March 17, 2026. In short, the Parties are still finalizing the full terms of the agreement.

To allow sufficient time for the Parties to finalize and execute the settlement agreement, and to complete the obligations contemplated therein, the Parties respectfully request a thirty (30)

JOINT STATUS REPORT                                    Case No. 1:24-cv-02939-MFK

day extension and a corresponding suspension of all deadlines to allow the Parties to complete the settlement. The Parties remain engaged in good-faith efforts to finalize the settlement and anticipate that the matter can be resolved within the requested extension.

Dated: March 18, 2026                                 Respectfully Submitted,


By: */s/ Gokalp Bayramoglu*              */s/ Michael P. Adams*
Gokalp Bayramoglu (NV Bar No. 15500)     Michael P. Adams
Joseph Droter (IL Bar No. 6329630)       **DYKEMA GOSSETT, PLLC**
**BAYRAMOGLU LAW OFFICES LLC**           111 Congress Avenue, Suite 1800
233 S. Wacker Drive, 44th Floor #57      Austin, TX 78701
Chicago, IL  60606                       Phone: (512) 703-6300
Tel: (702) 462-5973 | Fax: (702) 553-3404   Fax: (512) 703-6399
gokalp@bayramoglu-legal.com              madams@dykema.com
Joseph@bayramoglu-legal.com              *Attorney for Defendants*
*Attorneys for Plaintiff*                *Floerns, Verdusa, SweatyRocks*

JOINT STATUS REPORT                                   Case No. 1:24-cv-02939-MFK